792    COURT OF ERRORS AND APPEALS.

State v. Carroll.    State v. DiBenedetto.    *83 N. J. L.*

THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. JOHN H. CARROLL, PLAINTIFF IN ERROR.

Submitted July 8, 1912—Decided November 18, 1912.

On error to the Supreme Court, whose opinion is reported in 53 *Vroom* 227.

For the plaintiff in error, *Robert H. McCarter, Stackhouse & Kramer, Albert S. Woodruff* and *Floyd H. Bradley.*

For the defendant in error, *William T. Boyle,* prosecutor of the pleas.

PER CURIAM.

The judgment under review herein should be affirmed, for the reason expressed in the opinion delivered by Mr. Justice Swayze in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, TREN-CHARD, BERGEN, MINTURN, KALISCH, BOGERT, VREDEN-BURGH, CONGDON, WHITE, TREACY, JJ. 11.

*For reversal*—None.